```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13915
   ROSEMARY D MCKNIGHT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0613


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
ACCREDITED HOME LENDERS   CURRENT MORTG          .00             .00           .00
ACCREDITED HOME LENDERS   MORTGAGE ARRE          .00             .00           .00
ACCREDITED HOME LENDERS   CURRENT MORTG          .00             .00           .00
ACCREDITED HOME LENDERS   UNSECURED        NOT FILED             .00           .00
ALLIANT CREDIT UNION      SECURED VEHIC    36414.47           766.82        3506.04
LITTON LOAN SERVICING     CURRENT MORTG          .00             .00           .00
LITTON LOAN SERVICING     SECURED NOT I          .00             .00           .00
CHASE HOME FINANCE LLC    CURRENT MORTG          .00             .00           .00
CHASE HOME FINANCE LLC    SECURED NOT I          .00             .00           .00
CITY OF CHICAGO HEIGHTS   SECURED NOT I        63.44             .00           .00
COOK COUNTY TREASURER     SECURED NOT I  NOT FILED              .00           .00
BLOOM TOWNSHIP HS DIST 2  UNSECURED        NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED             .00           .00
CBE GROUP                 UNSECURED        NOT FILED             .00           .00
CINGULAR WIRELESS         UNSECURED        NOT FILED             .00           .00
THE CIT GROUP/CONSUMER F  UNSECURED          2481.53             .00           .00
THE CIT GROUP/CONSUMER F  UNSECURED        NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00           .00
CREDIT ONE BANK           UNSECURED        NOT FILED             .00           .00
FIFTH THIRD BANK          UNSECURED        NOT FILED             .00           .00
HOMEWOOD DISPOSAL SVCS    UNSECURED        NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSECURED           931.74             .00           .00
ECAST SETTLEMENT CORP     UNSECURED           747.48             .00           .00
STERLING INC              UNSECURED        NOT FILED             .00           .00
LVNV FUNDING              NOTICE ONLY      NOT FILED             .00           .00
RMI/MCSI                  UNSECURED           325.00             .00           .00
NICOR GAS                 UNSECURED        NOT FILED             .00           .00
VILLAGE OF FLOSSMOOR      UNSECURED        NOT FILED             .00           .00
VILLAGE OF FLOSSMOOR      UNSECURED        NOT FILED             .00           .00
DIANA BATTIE              NOTICE ONLY      NOT FILED             .00           .00
FRANKIE FREIGHTER         NOTICE ONLY      NOT FILED             .00           .00
JUNE JOHNSON              NOTICE ONLY      NOT FILED             .00           .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13915 ROSEMARY D MCKNIGHT
```

```
OVAL NEWELL                NOTICE ONLY    NOT FILED              .00           .00
TERESA HILLS               NOTICE ONLY    NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        514.64               .00           .00
ALLIANT CREDIT UNION       UNSECURED      NOT FILED              .00           .00
STERLING INC               SECURED         1291.14             26.36        251.17
CHASE HOME FINANCE LLC     UNSECURED      NOT FILED              .00           .00
LITTON LOAN SERVICING      UNSECURED      NOT FILED              .00           .00
CITY OF CHICAGO HEIGHTS    SECURED         2114.00               .00        400.00
DAVID M SIEGEL             DEBTOR ATTY    3,124.00                         2,826.34
TOM VAUGHN                 TRUSTEE                                           539.26
DEBTOR REFUND              REFUND                                              .00
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 8,315.99

PRIORITY                                              .00
SECURED                                           4,157.21
    INTEREST                                        793.18
UNSECURED                                             .00
ADMINISTRATIVE                                    2,826.34
TRUSTEE COMPENSATION                                539.26
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                  8,315.99              8,315.99

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 08/26/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 13915 ROSEMARY D MCKNIGHT